BILL LOCKYER, Attorney General
  of the State of California
ROBERT R. ANDERSON, Chief Assistant
  Attorney General
MARY JO GRAVES, Senior Assistant
  Attorney General
JOHN G. McLEAN, Supervising
 Deputy Attorney General
HARRY JOSEPH COLOMBO, State Bar No. 99207
 Deputy Attorney General
1300 I Street, Suite 1101
Post Office Box 944255
Sacramento, California  94244-2550
Telephone:  (916) 324-5170

Attorneys for Respondent

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE JAMES MORRIS, | No. CIV S-02-0385 FCD GGH P |
| Petitioner, | (PROPOSED) ORDER |
| v. | |
| A. K. SCRIBNER, Warden, | |
| Respondent. | |

Good cause appearing, IT IS HEREBY ORDERED that the time for filing Respondent's answer to the amended petition for writ of habeas corpus is extended to June 9, 2005.

Dated: 5/16/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
United States Magistrate Judge

morr0385.eot05

1.