John Ward
584 Castro Street
San Francisco, California 94114
Telephone: (415) 255-4996
State Bar No. 102449

Attorney for Petitioner

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRE JAMES MORRIS, | ) | No. CIV S-02-385-FCD-GGH P |
| | ) | |
| Petitioner, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| FREDERICK BROWN, WARDEN, | ) | |
| Respondent. | ) | |
| _____ | ) | |
| | ) | |
| | ) | |

Good cause appearing and respondent not objecting, the time to file and serve petitioner's reply/traverse in this case is extended to and including August 1, 2005.

Dated: 6/30/05

                                                                    /s/ Gregory G. Hollows_____
                                                                    Magistrate Judge

morr0385.eot06