```
John Ward
584 Castro Street
San Francisco, California 94114
Telephone: (415) 255-4996
State Bar No. 102449

Attorney for Petitioner
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRE JAMES MORRIS, | ) | No. CIV S-02-385-FCD-GGH P |
| | ) | |
| Petitioner, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| FREDERICK BROWN, WARDEN, | ) | |
| Respondent. | ) | |
| _____ | ) | |
| | ) | |
| | ) | |

Good cause appearing and respondent not objecting, the time to submit evidence in support of his request for an evidentiary hearing is extended to and including December 28, 2005.

Dated: 11/22/05                                                                /s/ Gregory G. Hollows
                                                                        _____
                                                                        GREGORY G. HOLLOWS
                                                                        MAGISTRATE JUDGE

mor385.eot