QUIN DENVIR, Bar #49374
Federal Defender

CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
ANDRE JAMES MORRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE JAMES MORRIS, | NO. Civ. S 02-385 FCD GGH |
| Petitioner, | |
| v. | ORDER |
| FREDERICK K. BROWN, Warden, et al., | Judge: Hon. Gregory G. Hollows |
| Respondents. | |

For the reasons set forth in the unopposed request, and good cause appearing therefor, it is hereby ORDERED that the time to submit evidence in support of Petitioner's request for an evidentiary hearing is extended to January 27, 2006.

Dated: 1/6/06                    /s/ Gregory G. Hollows
                                 _____
                                 Hon. Gregory G. Hollows
                                 United States Magistrate Judge

*Morris v. Brown, Civ. S-02-385 FCD GGH*
*mor385.eot(2)*