1  DENNIS S. WAKS, Bar #142581
   Acting Federal Defender
2
   CAROLYN M. WIGGIN, Bar #182732
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700
   Facsimile: (916) 498-5710
6
   Attorney for Petitioner
7  ANDRE JAMES MORRIS

8

9                     IN THE UNITED STATES DISTRICT COURT

10                   FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  ANDRE JAMES MORRIS,               )  NO. Civ. S 02-0385 FCD GGH P
                                      )
13                  Petitioner,       )
                                      )  **STIPULATED REQUEST and ORDER FOR**
14       v.                           )  **DISMISSAL**
                                      )
15  FREDERICK K. BROWN, Warden, et    )
    al.,                              )
16                                    )
                    Respondents.      )
17  _____  )

18

19      **IT IS HEREBY STIPULATED** by and between the parties hereto, through

20  their respective attorneys of record herein, that the petition for writ

21  of habeas corpus filed under 28 U.S.C. § 2254 be dismissed.  This

22  stipulation is made pursuant to Rule 11, Rules Governing Section 2254

23  Proceedings in the United States District Court, and Rule 41(a)(1),

24  Federal Rules of Civil Procedure.  Accordingly, the parties request

25  that the court issue the order lodged herewith.

26  //

27  //

28  //

*Morris v. Brown, Civ. S-02-385 FCD GGH*
*Stipulated Request for Dismissal*

1                                         Respectfully submitted,

2

3    Dated:  January 27, 2006            /s/ Andre James Morris
                                          ANDRE JAMES MORRIS
4                                         Petitioner
                                          [original signature retained by
5                                         attorney Carolyn M. Wiggin]

6

7                                         DENNIS S. WAKS
                                          Acting Federal Defender
8

9    Dated: February 1, 2006             Carolyn M. Wiggin
                                          CAROLYN M. WIGGIN
10                                        Assistant Federal Defender
                                          Attorneys for Petitioner
11                                        ANDRE JAMES MORRIS

12

13                                        BILL LOCKYER
                                          Attorney General
14                                        ROBERT R. ANDERSON
                                          Chief Assistant Attorney General
15                                        MARY JO GRAVES
                                          Senior Assistant Attorney General
16

17   Dated: February 1, 2006             Harry Joseph Colombo
                                          HARRY JOSEPH COLOMBO
18                                        Deputy Attorney General
                                          Attorneys for Respondent
19
                                   **ORDER**
20

21        Pursuant to the stipulation of the parties, and good cause

22   appearing therefor, it is hereby **ORDERED** that the petition for writ of

23   habeas corpus filed under 28 U.S.C. § 2254 be and hereby is DISMISSED.

     The clerk of the court is directed to close the file.
24

25   DATED:  February 9, 2006
                                          /s/ Frank C. Damrell Jr.
26   _____          HONORABLE FRANK C. DAMRELL, JR.
                                          United States District Judge
27   _____

28

     *Morris v. Brown, Civ. S-02-385 FCD GGH*
     *Stipulated Request for Dismissal*        2